

# NUMBERS
## 13-11-00435-CR
## 13-11-00436-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES COVARUBBIA,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

### On appeal from the 252nd District Court
### of Jefferson County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, James Covarubbia, by and through his attorney, has filed motions to dismiss his appeals. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure

42.2(a) and dismiss the appeals.   Having dismissed the appeals at appellant's request,

no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
24th day of August, 2011.